UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN VACCA, et al.,

                        Plaintiffs,

            - against -

TRINITAS HOSPITAL,

                        Defendant.
------------------------------------------------------------X

**ORDER**

CV 05-0368 (JG) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

In a letter dated July 27, 2005, Docket Entry ("DE") 12, plaintiff John Vacca seeks clarification of certain matters. The plaintiffs apparently are under the impression that "[o]n July 13, 2005, a default judgment was entered for a sum certain." *Id*. That impression is incorrect.

All plaintiffs moved for a judgment of default on June 29, 2005. DE 5. On July 13, 2005, pursuant to Federal Rule of Civil Procedure 55(a), the Clerk noted the defendant's default, DE 6, but did not enter judgment. As both the Federal Rules of Civil Procedure and the Local Civil Rules of the court make clear, the entry of a notation of default is a necessary precondition to, but distinct from, the entry of a default judgment. *See* Fed. R. Civ. P. 55, Loc. Civ. R. 55.1-55.2.

On July 18, 2005, Trinitas appeared through counsel. DE 7. Upon that appearance, I entered an order on July 20, 2005, scheduling an initial conference with the parties for August 17, 2005, ast 1:30 p.m. DE 8  On July 25, 2005, the Honorable John Gleeson, United States District Judge, referred the pending motion for a default judgment to me for a report and recommendation. DE 11.

Judge Gleeson's expectations, and my own, should thus require no clarification. There is a pending motion for a default judgment in a case where the defendant has now appeared. I will

expect counsel for all parties to comply with the requirements of my order of July 20, 2005, and to appear before me on August 17, 2005, prepared to discuss the matters set forth therein and also prepared to discuss the pending motion for a default judgment in light of current circumstances so that I may submit my report and recommendation to Judge Gleeson.

**SO ORDERED.**

Dated: Central Islip, New York
August 1, 2005

/s/ James Orenstein
JAMES ORENSTEIN
U.S. Magistrate Judge