UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOHN VACCA, et al.,

                Plaintiffs,

-against-

TRINITAS HOSPITAL,

                Defendant.
------------------------------------------------------------------X

VACATUR OF
DEFAULT JUDGMENT
05-CV- 0368 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 12 2005 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on October 6, 2005, adopting the Report and Recommendation of Magistrate Judge James Orenstein, dated September 8, 2005, denying the Trustees' motion for default judgment; granting the Hospital's motion to vacate the default; and directing the Clerk of Court to vacate the Notation of Default; it is

ORDERED and ADJUDGED that the Notation of Default entered by the Clerk's Office on July 15, 2005 is hereby vacated.

Dated: Brooklyn, New York
       October 07, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court